UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HERBERT WILLIAMS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:16-cv-01625-JAR |
| ASBURY AUTOMOTIVE ST. LOUIS, LLC, d/b/a PLAZA MOTORS WEST, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

The parties appeared by counsel on December 12, 2016 for a status conference. Pending before the Court are Plaintiff's Motion to Remand to State Court (Doc. 6) and Defendant's Motion to Stay Proceedings and Compel Arbitration (Doc. 8). The parties agree this matter is subject to the Mutual Arbitration Agreement duly executed by the parties on July 30, 2015. This Court finds the Mutual Arbitration Agreement designates arbitration before the American Arbitration Association, pursuant to its Rules applicable to employment disputes, as the sole and exclusive forum for resolution of the issues set forth in Plaintiff's Petition and any claims related to the termination of Plaintiff's employment with Defendant. The Court further finds the interests of justice would not be served by remanding this matter to Missouri State Court, as arbitration is the appropriate forum for this claim. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Stay Proceedings and Compel Arbitration (Doc. 8) is **GRANTED**. The parties are ordered to proceed with arbitration before the American Arbitration Association as per the terms of the Mutual Arbitration Agreement dated July 30, 2015.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand to State Court (Doc. 6) is **DENIED as moot.**

**IT IS FINALLY ORDERED** that the Clerk of the Court is directed to administratively close this case. The parties are directed to notify the Court in writing no later than ten (10) days after arbitration is completed.

Dated this 18th day of January, 2017.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**